# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Pinheiro,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America, et al.,<br><br>　　　　　　　Defendants. | No. CV13-1102 PHX DGC<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **December 2, 2013** without further leave of Court.

Dated this 1st day of November. 2013.

_____
David G. Campbell
United States District Judge